```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
VINCENT FALCO,                           :
                                         :
                        Plaintiff,       :     25cv3771(DLC)
              -v-                        :
                                         :          ORDER
DIGITAL CURRENCY GROUP, INC., et al.,    :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Plaintiff Vincent Falco initiated this action on May 6, 2025. An Order of May 27 extended defendants' time to respond to the complaint and, if defendants' response took the form of a motion to dismiss, set an elongated briefing schedule. On July 2, 2025, defendant Soichiro "Michael" Moro filed a motion to dismiss the complaint pursuant to Rules 12(b)(1), 12(b)(6), and 9(b), Fed. R. Civ. P. Defendants Digital Currency Group, Inc. ("DCG") and Barry Silbert also filed a motion to dismiss pursuant to Rules 12(b)(1), 12(b)(6), and 9(b), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **July 25, 2025.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the May 27 Order remains in effect and the plaintiff shall file any opposition to the motions to dismiss by **August 27, 2025**. Defendants' replies, if any, shall be filed by **September 26, 2025**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, pursuant to Rule 5(B) of the Court's Individual Rules of Practice in Civil Cases, the plaintiff shall file on ECF, by **July 18, 2025**, a letter no longer than two pages explaining the basis for his belief that diversity of citizenship exists.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for July 10, 2025 is adjourned sine die.

Dated:   New York, New York
         July 7, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge